UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION | * * * | CIVIL ACTION. |
| | * | NO. 09-7764 |
| VERSUS | * * | SECTION "A" |
| J.P. MORGAN SECURITIES INC. and BEAR STEARNS & COMPANY INC. | * * | MAG. 3 |
| * * * * * * * * | * | |

**O R D E R**

Considering the Unopposed Ex Parte Motion for Stay Pending Resolution of Motion to Transfer and Coordinate Pursuant to 28 U.S.C. §1407;

IT IS ORDERED that the motion is granted and that this matter is STAYED pending the resolution of the Motion to Transfer and Coordinate Pursuant to 28 U.S.C. §1407.

IT IS FURTHER ORDERED that should the MDL Panel deny transfer and consolidation, Defendants are granted 30 days from the date of such denial to file responsive pleadings.

4/15/10

_____
United States District Judge